PROB 12C
(7/93)

Report Date: December 8, 2015

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC - 9 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Alexander William Edwards | Case Number: 0980 2:10CR06056-LRS-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge | |
| Date of Original Sentence: March 1, 2011 | |
| Original Offense:    Passing Counterfeit Currency, 18 U.S.C. § 472 | |
| Original Sentence:   Prison 173 days; TSR - 36 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney:  Earl A. Hicks | Date Supervision Commenced: December 26, 2014 |
| Defense Attorney:    Lee Edmond | Date Supervision Expires: November 25, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. |
| | **Supporting Evidence**: Alexander Edwards is considered in violation of his conditions of supervised release by failing to report, in person, to the United States Probation Office in Richland for the month of October 2015. |
| | Mr. Edwards had contacted his U.S. Probation Officer on October 5, 2015, to ask if he could reschedule his report day as he was experiencing difficulties with his automobile. Permission was granted to reschedule. Mr. Edwards contacted his probation officer on October 23, 2015, and left a voice mail message indicating he would like to report in person on October 24, 2015. Attempts to return his call were unsuccessful. On October 24, 2015, he failed to report as indicated. |
| | Contact was made with Mr. Edwards on October 28, 2015, through text messaging. He was notified he needed to report in person to the probation office by October 29, 2015, but failed to do so. |

On November 2, 2015, Mr. Edward's attorney, Allison Guernsey, called this officer. She stated Mr. Edwards had contacted her saying he was scared that if he reported he would be arrested and lose his job. Ms. Guernsey said Mr. Edwards had mentioned he was not reporting, but she thought something else must have been going on. Ms. Guernsey said she would contact Mr. Edwards to see if she could get him to contact this officer. Mr. Edwards contacted this officer through text messaging that day and stated he would be reporting to the office that same day. Mr. Edwards failed to report on November 2, 2015.

2   **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Alexander Edwards is considered in violation of his conditions of supervised release by using marijuana on October 22, 2015, and methamphetamine and marijuana on or about November 23, 2015.

Mr. Edwards reported to First Step Community Counseling Services for a random urinalysis (UA) test on October 22, 2015. The UA sample tested positive for marijuana. Mr. Edwards reviewed and signed a drug use admission form acknowledging the aforementioned. Mr. Edwards also called this officer on October 23, 2015, and left a voice mail message stating he had provided a positive urinalysis test for marijuana. On November 25, 2015, Mr. Edwards contacted this officer by phone and admitted to using marijuana and methamphetamine on or about November 23, 2015.

Mr. Edwards reported to the U.S. Probation Office on December 3, 2015, and signed a drug use admission form for using methamphetamine and marijuana on November 23, 2015. The offender admitted to continued use of these controlled substances up to November 26, 2015.

3   **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Alexander Edwards is considered in violation of his conditions of supervised release by failing to report for urinalysis testing on October 28, 2015; November 19, 2015; and November 24, 2015.

Notices were received by the United States Probation Office from First Step Community Counseling Services on October 29, 2015; November 20, 2015; and November 25, 2015, advising Mr. Edwards failed to report for testing on the above noted dates.

4   **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Supporting Evidence**: Alexander Edwards is considered in violation of his conditions of supervised release by failing to report, in person, to the U.S. Probation office on December 7, 2015, as directed.

Mr. Edwards last reported to the U.S. Probation Office on December 3, 2015. At that time, he was directed to report in person to the U.S. Probation Office every Monday and

Wednesday until further notice. The offender was scheduled to report for an office visit on December 7, 2015, but he failed to report as directed.

It should also be noted contact was made with Mr. Edwards' Washington State Department of Corrections (DOC) officer. The DOC officer advised he had issued a warrant for Mr. Edwards' arrest on December 2, 2015, for failing to report.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/08/2015

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/9/15
Date