PROB 12C
(7/93)

Report Date: April 22, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 2 5 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alexander William Edwards          Case Number: 0980 2:10CR06056-LRS-1

Address of Offender: ███████████ Richland, Washington 99354

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 1, 2011

Original Offense:         Passing Counterfeit Currency, 18 U.S.C. § 472

Original Sentence:        Prison 173 days;              Type of Supervision: Supervised Release
                          TSR - 36 months

Asst. U.S. Attorney:      Earl A. Hicks                 Date Supervision Commenced: December 26, 2014

Defense Attorney:         Alison Guernsey               Date Supervision Expires: November 25, 2017

## PETITIONING THE COURT

**To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 12/08/2015.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number        Nature of Noncompliance

5                       **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

                        **Supporting Evidence**: Alexander Edwards is considered in violation of his conditions of supervised release by using marijuana and methamphetamine on or about April 17, 2016.

                        Mr. Edwards reported to the United States Probation Office in Richland, Washington, on April 20, 2016. He admitted to using methamphetamine and marijuana on April 17, 2016, and signed a drug use admission form.

Prob12C
Re: Edwards, Alexander William
April 22, 2016
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 22, 2016

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

4/25/16
Date