PROB 12C
(6/16)

Report Date: January 4, 2017

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN - 5 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alexander William Edwards          Case Number: 0980 2:10CR06056-LRS-1

Address of Offender:                    Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 1, 2011

| | |
|---|---|
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472 |
| Original Sentence: | Prison - 173 days; TSR - 36 days |
| | Type of Supervision: Supervised Release |
| Revocation Sentence: 12/18/14 | Jail - 30 days; TSR - 35 months |
| Asst. U.S. Attorney: | Earl A. Hicks |
| | Date Supervision Commenced: December 26, 2014 |
| Defense Attorney: | Alison Guernsey |
| | Date Supervision Expires: November 25, 2017 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

                    **Supporting Evidence**: Alexander William Edwards is considered to be in violation of his conditions of release by committing the offense of simple assault/domestic violence on or about December 30, 2016.

                    Mr. Edwards was arrested by the Pasco Police Department on December 30, 2016, and charged with simple assault/domestic violence for threatening harm to the victim, an ex-roommate. On January 3, 2017, Mr. Edwards pleaded guilty to this charge in Franklin County, Pasco Municipal Court. He was sentenced to 5 days in jail with credit for time served since December 30, 2016, 2 years probation, and a total fine of $950.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer the allegation contained in this petition.

Prob12C
Re: Edwards, Alexander William
January 4, 2017
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/04/2017

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

1/5/17
Date