PROB 12C
(6/16)

Report Date: March 17, 2017

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 20 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alexander William Edwards         Case Number: 0980 2:10CR06056-001

Address of Offender:                     Richland, Washington 99352

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 1, 2011

| | | |
|---|---|---|
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472 | |
| Original Sentence: | Prison - 173 days; TSR - 36 days | Type of Supervision: Probation |
| Revocation Sentence: 12/18/14 | Jail - 30 days; TSR - 35 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: December 26, 2014 |
| Defense Attorney: | Alison Guernsey | Date Supervision Expires: November 25, 2017 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/04/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

          2             **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

                        **Supporting Evidence**: Alexander Edwards is considered to be in violation of his conditions of supervised release by resisting arrest on or about March 11, 2017.

                        Mr. Edwards was contacted by officers with the Richland Police Department on March 11, 2017. He was informed he was under arrest by the officers. Once given this command, Mr. Edwards took off running away from the officers. After a short foot chase, Mr. Edwards fell to the ground and officers caught up with him.

                        Officers attempted to place handcuffs on Mr. Edwards, but he continued to resist and attempted to pull his arms under his body. Officers were eventually able to place Mr. Edwards in restraints. Mr. Edwards continued to be resistive after he was placed in restraints

|   |   |
|---|---|
|   | by yelling verbal obscenities at the officers and refusing to stand or walk without the officers' assistance. |
| 3 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Alexander Edwards is considered to be in violation of his conditions of supervised release by failing to follow the instructions of the probation officer by failing to report, in person, to the probation office on January 19, 2017.<br><br>Mr. Edwards last reported to the probation office on January 11, 2017. At this time, he was directed to report, in person, on a weekly basis to the probation office, with his next scheduled office visit on January 19, 2017, the same date as his initial appearance was scheduled before the Magistrate Judge. Mr. Edwards was given the opportunity to report to the probation office before or after his Court appearance. Mr. Edwards failed to attend his initial appearance, and subsequently failed to report to the probation office as directed. |
| 4 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Alexander Edwards is considered to be in violation of his conditions of supervised release by failing to attend random urinalysis testing at First Step Community Counseling on January 12, 2017.<br><br>Notice was received from First Step Community Counseling Services that Mr. Edwards failed to appear and provide a sample for a random urinalysis test on January 12, 2017. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/17/2017

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

Prob12C
Re: Edwards, Alexander William
March 17, 2017
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

3/20/17
Date