PROB 12C
(6/16)

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 27 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Report Date: February 27, 2018

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alexander William Edwards          Case Number: 0980 2:10CR06056-LRS-1

Address of Offender:                    Richland, Washington 99352

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 1, 2011

| | | |
|---|---|---|
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472 | |
| Original Sentence: | Prison 173 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence 12/18/2014 | Prison - 30 days; TSR - 35 months | |
| Revocation Sentence 5/4/2017 | Prison - 366 days; TSR - 16 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: February 21, 2018 |
| Defense Attorney: | FDO-Yakima | Date Supervision Expires: June 20, 2019 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Edwards released from the Bureau of Prisons (BOP) on February 21, 2018. Per instructions from BOP, he was provided a bus ticket to the Residential Reentry Center (RRC) in Spokane, Washington, with an arrival date of February 21, 2018. |
| | Mr. Edwards reported to the U.S. Probation Office in Spokane, Washington, on February 23, 2018, after failing to report to the RRC on February 21, 2018. Mr. Edwards admitted to the U.S. Probation Officer that he had used methamphetamine and marijuana from February 21, 2018, through February 23, 2018, and signed a drug use admission form. |

| | | |
|---|---|---|
| 2 | | **Special Condition # 7**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |

**Supporting Evidence**: Mr. Edwards released from the Bureau of Prisons (BOP) on February 21, 2018. Per instructions from BOP, he was provided a bus ticket to the Residential Reentry Center (RRC) in Spokane, Washington, with an arrival date of February 21, 2018.

The RRC informed U.S. Probation on February 22, 2018, that Mr. Edwards failed to arrive on his placement date of February 21, 2018. The RRC closed Mr. Edwards referral 24 hours after he failed to arrive as scheduled.

3  **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Edwards released from the Bureau of Prisons (BOP) on February 21, 2018. Per instructions from BOP, he was provided a bus ticket to the Residential Reentry Center (RRC) in Spokane, Washington, with an arrival date of February 21, 2018.

Mr. Edwards reported to the U.S. Probation Office in Spokane, Washington, on February 23, 2018, after failing to report to the RRC on February 21, 2018. He was directed to report to the U.S. Probation Office, in person, in Richland, Washington, on February 26, 2018. Mr. Edwards reported as instructed. At this meeting, he admitted to using methamphetamine in the morning hours of February 26, 2018, and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/27/2018

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Stanley A. Sestan*

Signature of Judicial Officer

02/27/2018

Date